UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:15-cv-24369-JLK

RUBIS CARIBBEAN HOLDINGS, INC.,

    Plaintiff,

v.

BE TAG HOLDINGS LIMITED, *et al.*,

    Defendants.

_____/

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE SUPPLEMENTAL COMPLAINT AND DENYING IN PART DEFENDANTS' MOTIONS TO DISMISS

THIS CAUSE is before the Court on the February 13, 2023, Report and Recommendation ("R&R") (DE 138) of Magistrate Judge Jacqueline Becerra. No objections were filed and the time to do so has passed.

The R&R recommends that Plaintiff's *ore tenus* Motion for Leave to Amend the Supplemental Complaint be granted as specified in the R&R, and Defendants' Motions to Dismiss, (DEs 87, 108), be denied as moot. *See* R&R. Upon consideration of the record and the R&R, the Court finds that Magistrate Judge Becerra's well-reasoned R&R accurately states the law of the case.

Therefore, it is **ORDERED, ADJUDGED and DECREED** that:

1. Magistrate Judge Jacqueline Becerra's Report and Recommendation **(DE 138)** be, and the same is, hereby **AFFIRMED** and **ADOPTED** as an Order of this Court;

2. Plaintiff's *ore tenus* Motion for Leave to Amend the Supplemental Complaint is hereby **GRANTED** as specified in the R&R; and

3. Respondents' Motions to Dismiss, **(DEs 87, 108)**, is hereby **DENIED AS MOOT.**

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 28th day of February, 2023.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

**cc:** All counsel of record
Magistrate Judge Jacqueline Becerra